**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 08, 2026

Mr. Russell Christensen
Federal Aviation Administration
Office of the Chief Counsel
800 Independence Avenue, S.W.
Washington, DC 20591

Mr. William McKenna
Federal Aviation Administration
Office of the Chief Counsel
800 Independence Avenue, S.W.
Washington, DC 20591

Mr. William L. Penny
Thompson Burton
1801 West End Avenue
Suite 1550
Nashville, TN 37203

Re: Case No. 26-3812
*City of Oak Hill, TN, et al v. FAA, et al*
Originating Case No. JO 7400.2R

Dear Counsel,

This case has been docketed as number **26-3812** with the caption that is enclosed on a separate page. Please check the caption for accuracy and notify the Clerk's Office if any corrections should be made.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

The following case opening items should be docketed with the Clerk's office by **September 22, 2026**. The Disclosure of Corporate Affiliations is now an automated entry. Filers may still use the form 6CA-1 located on the Court's website if the automated entry does not provide sufficient space.

| | |
|---|---|
| Petitioner: | Appearance of Counsel<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |
| Respondent: | Appearance of Counsel |

These deadlines are important - if the initial case opening items are not timely filed, the case will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely,

s/Antoinette
Case Management Specialist
Direct Dial No. 513-564-7015

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-3812**

CITY OF OAK HILL, TN; COURSE CORRECT NASHVILLE; CRIEVE HALL NEIGHBORHOOD ASSOCIATION INC.; KELLY INSANA

Petitioners - Appellants

v.

FEDERAL AVIATION ADMINISTRATION; BRYAN BEDFORD, in his official capacity as Administrator of the Federal Aviation Administration

Respondents - Appellees